JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVO SPORTS, ET. AL., </br></br> Plaintiff(s), </br></br> v. </br></br> MAC AUTOMOTIVE CORPORATION </br></br> Defendant(s). | CASE NO. SACV05-0419 DOC(MLGx) </br></br> **O R D E R GRANTING STIPULATION FOR THE DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS** </br></br> [Fed. R. Civ. P. 41] |

Based on the foregoing Stipulation of the Parties, and good cause appearing therefore, this action shall be and hereby is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: February 25, 2008

_____
DAVID O. CARTER
United States District Judge